UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYOU INTERNET, INC.,** | * | **CLASS ACTION COMPLAINT** |
| **Plaintiffs** | * | |
| | * | **JURY TRIAL DEMAND** |
| | * | |
| versus | * | |
| | * | CIV. NO.   11-cv-02385 |
| **ROYAL ST. CHARLES HOTEL, LLC** | * | SECTION C / MAG. 2 |
| **Defendants** | * | |

*****************************************************************************

## ORDER

Considering the Rule 41(a)(2) Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant lawsuit be dismissed with prejudice.

THUS DONE AND SIGNED, in Chambers, on this ___7th___ day of ___August___, 2012, at New Orleans, Louisiana.

_Nannette Jolivette Brown_
UNITED STATES DISTRICT JUDGE